177 A.3d 115

IN THE MATTER OF THE RELEASE OF ADMINISTRATIVE
ATTORNEY REGISTRATION STATEMENTS OF
MAURICE J. DONOVAN, ESQUIRE

M–416 September Term 2017
080074

December 8, 2017

## ORDER

It is ORDERED that the motion of Benjamin M. Del Vento, P.A. and Benjamin M. Del Vento, requesting the release of attorney registration statements and information is granted, in part. The OAE is directed to provide copies of Mr. Donovan's registration statements to the extent they are still available, and also copies of the OAE's electronic records of the statements provided, however that all personal identifiers are to be redacted.

177 A.3d 115

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DENNIS OBADO, A/K/A DENNIS ABADO, DEFENDANT-MOVANT.

M–429 September Term 2017
079196

December 8, 2017

## ORDER

It is ORDERED that the motion to vacate the order of dismissal and reinstate the notice of petition for certification is denied.